Clear Form

FILED

OCT 10 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JD

CV24-7102

DANIEL LEE MAYCOCK

                  Plaintiff,     CASE NO. _____

vs.

CLOUDFLARE, INC.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

                  Defendant.

I, __DANIEL LEE MAYCOCK__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?            Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.   Business, Profession or            Yes ____  No ✓
8 |          self employment?
9 |     b.   Income from stocks, bonds,         Yes ____  No ✓
10 |         or royalties?
11 |    c.   Rent payments?                     Yes ____  No ✓
12 |    d.   Pensions, annuities, or            Yes ____  No ✓
13 |         life insurance payments?
14 |    e.   Federal or State welfare payments, Yes ✓  No ____
15 |         Social Security or other govern-
16 |         ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | Armed Forces Compensation Scheme, $3798.07 PM. Armed Forces Independance Paymen
20 | $569.89PM. Universal Credit $ 1744.88PM
21 | 3.   Are you married?                      Yes ____  No ✓
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____  Net $_____
26 | 4.   a.   List amount you contribute to your spouse's support:$ _____
27 |      b.   List the persons other than your spouse who are dependent upon you for support
28 |           and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

I.E.A.M-A - $ 86.66

H.G.G.M - $30.30

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: SANTANDAR

8 GEORGE ST, TAMWORTH, ENGLAND, B79 7LH

Present balance(s): $ 1,878.28

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ 1,966.36    Utilities: 701.50

Food: $ 603.75    Clothing: 167.84

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| CREATION | $ 162 | $ 2000 |
| TUITION FEES | $ 1,559.53 | $ 15595.3 |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4 OCT 24                    D. Mylod

DATE                        SIGNATURE OF APPLICANT