DANIEL LEE MAYCOCK
20 Brancaster Close
Amington
Tamworth, Staffordshire, England, B77 3QD
Phone Number: +447577226071
Email Address: daniel.maycock1@gmail.com

Self-Represented

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LEE MAYCOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUDFLARE, INC.,<br><br>　　　　　Defendant | Case No.: 24-cv-07102-JD<br><br>**MOTION FOR REMOTE HEARING ATTENDANCE** |

## I. INTRODUCTION

1.　Plaintiff, Daniel Lee Maycock, respectfully requests permission to attend the initial case management conference and any future hearings via remote means, such as video or telephone. Due to Plaintiff's residence in the United Kingdom and limited financial resources, in-person attendance presents significant logistical and financial barriers.

## II. STATEMENT OF FACTS

2.　Plaintiff resides in the United Kingdom, which would require extensive travel to attend court proceedings in California.

3.　Plaintiff is in receipt of state benefits, which underscores his financial constraints and limits his ability to bear the costs associated with international travel for court appearances.

4.      Plaintiff has secured reliable access to video and telephone technology to ensure seamless participation in the proceedings if permitted to appear remotely.

5.      Granting a remote appearance would allow Plaintiff to engage effectively in the case without undue financial strain or logistical delays.

### III. CONCLUSION

6.      In light of the reasons outlined above, Plaintiff respectfully requests that this Court grant permission for Plaintiff's attendance at the initial case management conference and any subsequent hearings via remote means, either by video or telephone.

Dated:      28 October 2024

Signed:     *D. Maycock*

Print Name:  DANIEL LEE MAYCOCK