

**San Francisco**
**Oakland**

**San Jose**
**Eureka/McKinleyville**

**Clerk's Office**
**United States District Court**
**Northern District of California**

**MARK B. BUSBY**
CLERK OF COURT

**FILED**

Oct 31, 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

October 31, 2024

Daniel Lee Maylock
20 Brancaster Close
Amington, Tamworth
England, B77 3QD

Dear Sir/Madam:

Your check number 1492697000010398 in the amount of $402.00 is being returned for the following reason:

( )     We do not accept checks containing the statement "not to exceed". The exact filing fee is $. Your documents are being returned. Please resubmit the documents with a new check in the correct amount.

( )     Your check is made out to the wrong payee and is being returned with your documents. The correct payee is .

(X)     Your check is issued in the wrong amount and is being returned with your documents. The correct payment amount should be $405.00.

( )     Other:

Please make the necessary corrections requested above and return your payment to our office. If you have any questions, please contact me at (415) 522-2083.

Sincerely,

Esmeralda López
Intake Deputy Clerk

For USDC Finance Use Only:

Mailed by:          Date:



FAO CLERK OF THE COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO
CA 94102.

**RECEIVED**

OCT 31 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

ADDRESSEE(S)
PAGE 2

Mr. Daniel Lee Maycock

20 Brancaster Close

Amington, Tamworth

England, B77 3QD

Tel No: +44 7577 226071

Email: daniel.maycock1@gmail.com

25 October 2024



Clerk of the Court

United States District Court

Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

**RE: Payment of Filing Fees for Case No. 24-cv-07102-JD**

Dear Clerk of the Court,

I am writing about the above-mentioned case, *Daniel Lee Maycock v. Cloudflare, Inc.*,

Case No. 24-cv-07102-JD, filed in the Northern District of California. Please find enclosed

a check for $402, which covers the required filing fee for this case.

If there are any issues or further clarifications needed, please feel free to contact me at the

above-mentioned email address or telephone number.

Thank you for your assistance in processing this payment.

Yours faithfully,

Mr. Daniel Lee Maycock