Stephen Kelly (SBN 275784)
CYPRESS LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:    424-901-0123
Facsimile:    424-750-5100

Attorneys for Defendant,
Cloudflare, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE MAYCOCK,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUDFLARE, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 3:24-cv-07102-JD<br><br>**[PROPOSED]** **ORDER ON STIPULATION TO APPLICATION UNDER 28 U.S.C. § 1782 AND TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT PURSUANT TO L.R. 7-12**<br><br>**Complaint Served:**<br>December 3, 2024<br>**Current Response Date:**<br>December 23**, 2024**<br>**New Response Date:**<br>February 2, 2025 |

# ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Defendant Cloudflare, Inc.'s ("Defendant") deadline to respond to Plaintiff's Complaint shall be February 2, 2025.
2. Defendant's deadline to respond to Plaintiff Daniel Lee Maycock's ("Plaintiff") Motion for Leave to File Supplement to Claim (ECF No. 10) shall be February 2, 2025.
3. Plaintiff's application pursuant to 28 U.S.C. § 1782 is hereby granted solely to the extent requiring Defendant to respond to the Subpoena included as Exhibit A to the submitted stipulation.
4. Defendant shall respond to the issued subpoena by no later than January 14, 2025, provided it is issued by the Court no later than January 3, 2025. If issued afterwards, Defendant shall have at least 14 calendar days to respond.
5. Within 2 calendar days of the Defendant's response to the subpoena in Exhibit A, Plaintiff shall dismiss the current matter with prejudice and release Defendant from any further involvement in all matters related to the subject matter of the Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/2/2025

HON. JAMES DONATO

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON STIPULATION TO APPLICATION UNDER 28 U.S.C. § 1782 AND TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT PURSUANT TO L.R. 7-12

2